UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

WILSON DAVIS, ET AL                                    CIVIL ACTION NO. 24-cv-064

VERSUS                                                 JUDGE TERRY A. DOUGHTY

J & L TRANSPORTATION, LLC, ET AL                       MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

The parties were directed to file Rule 7.1 diversity jurisdiction disclosure statements. Defendants filed a statement that sets forth allegations that suggest there is diversity jurisdiction, but there is a flaw in the representations regarding Obsidian Insurance Company.

The notice states that Obsidian is an Ohio insurance *company* with its principal place of business in New York. The notice does not specify whether Obsidian is a corporation, LLC, or some other form of entity. The court will assume that Defendants intended to allege that Obsidian is a corporation. If any party contends that Obsidian is another form of entity, they must file a written objection or representation to the contrary within 14 days. Based on this assumption, the court finds that subject matter jurisdiction exists pursuant to 28 U.S.C. section 1332. This finding is preliminary and may be reconsidered sua sponte or on appropriate motion.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 30th day of January, 2024.



Mark L. Hornsby
U.S. Magistrate Judge